## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:07-CV-1144** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **ANGELL'S CONCRETE** | : | |
| **CONSTRUCTION, INC.,** | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 5th day of November, 2007, upon consideration of plaintiff's response (Doc. 4) to the prior order of court (Doc. 3), directing plaintiff to show cause why the above-captioned case should not be dismissed for failure to effect service of process within 120 days of the filing of the complaint, and it appearing from plaintiff's response (Doc. 4) that, on October 5, 2007, plaintiff personally served defendant's corporate president with copies of the summons and complaint and is awaiting receipt of the original affidavit of service from its process server, and there appearing to be no prejudice to defendant, the court finds that plaintiff has shown good CAUSE for the late service and that said service is deemed as TIMELY.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge