# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:07-CV-1144** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **ANGELL'S CONCRETE CONSTRUCTION, INC.,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 9th day of December, 2008, upon consideration of the order of court (Doc. 11) dated October 8, 2008, which permitted plaintiff to conduct discovery until December 12, 2008 for the purpose of ascertaining the amount of wages that defendant owes to taxpayer Albert J. Angel, Sr., and of plaintiff's status report (Doc. 13) filed on December 8, 2008, and it appearing that plaintiff is expecting to receive defendant's payroll records prior to December 12, 2008, that plaintiff "anticipates that it will need to review the documents that are produced and either seek follow-up information or seek judgment for an amount certain," (id.), and that plaintiff requests an additional sixty days within which to take additional discovery or to move for entry of judgment, it is hereby ORDERED that:

1. The status report (Doc. 13) is CONSTRUED as a motion for a sixty-day extension of the discovery period and is GRANTED as so construed. Plaintiff shall be permitted to engage in continued discovery insofar as necessary to ascertain the precise amount of wages that defendant owes to taxpayer Albert J. Angell, Sr.  Discovery shall close on February 12, 2009.

2. **On or before January 12, 2009**, plaintiff shall file a status report reflecting the progress of discovery.  Plaintiff need not file a status report in the event that it moves for default judgment on or before such date.

3. Within one business day of the close of discovery, plaintiff shall either file a status report reflecting the progress of this matter or move for default judgment in a sum certain.


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge